IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. _____ |
| | ) | |
| Plaintiff, | ) | **COUNT ONE:** |
| | ) | **Cyberstalking** |
| | ) | 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(6) |
| v. | ) | NLT: 1 Year Imprisonment |
| | ) | NMT: 5 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: 3 Years |
| AUGUST W. JENTSCH | ) | Class D Felony |
| a/k/a A.W. JENTSCH | ) | |
| [DOB 09/24/1988] | ) | **COUNT TWO:** |
| | ) | **Attempted Production of Child** |
| Defendant. | ) | **Pornography** |
| | ) | 18 U.S.C. §§ 2251(a) & (e) |
| | ) | NLT: 15 Years Imprisonment |
| | ) | NMT: 30 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: 5 Years to Life |
| | ) | Class B Felony |
| | ) | $100 Mandatory Special Assessment |
| | ) | (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

Between on or about September 1, 2011 and November 7, 2011, the dates being approximate, in the Western District of Missouri and elsewhere, AUGUST W. JENTSCH, with the intent to cause substantial emotional distress to Rebecca Ferro, and after being served with a restraining order forbidding contact with Rebecca Ferro, used an interactive computer service, and other facilities of interstate commerce, to engage in a course of conduct that caused

substantial emotional distress to Rebecca Ferro, who was at that time in another State, Minnesota, all in violation of Title 18, Unites States Code, Section 2261A(2)(A).

## COUNT TWO

At a date uncertain but on or about November 20, 2011 the date being approximate, in the Western District of Missouri, AUGUST W. JENTSCH, did knowingly attempt to use a minor, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction, of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

A TRUE BILL.

/s/ Timothy L. Pierce
FOREPERSON OF THE GRAND JURY

/s/ Teresa A. Moore
Teresa A. Moore #40813
Assistant United States Attorney

Date: 3/12/13
Kansas City, Missouri