# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Jackson County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name   August W. Jentsch
Alias Name   A.W. Jentsch
Birthdate   09/24/1988

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant   ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA Teresa A. Moore

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required    ☐ Yes  ☐ No
Warrant Required ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts   2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2261.F/6120/4 | Interstate Domestic Violence | 1 |
| 2 | 18:2251.F/6110/4 | Sexual Exploitation of Children | 2 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date   03/12/13          Signature of AUSA   */s/ Teresa A. Moore*